# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CEKECIA OLUWATAYO,**  Plaintiff,  v.  **BIRCHSTONE RESIDENTIAL, INC.,**  Defendant. | CIVIL ACTION FILE NO.  1:24-cv-01311-VMC-LTW |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff Cekecia Oluwatayo ("Plaintiff") and Birchstone Residential, Inc. ("Defendant"), and hereby jointly submit this notice and stipulate dismissal with prejudice. Each party is to bear his or its own attorney fees and costs. Therefore, the parties respectfully request that this matter be dismissed with prejudice.

*[SIGNATURES ON FOLLOWING PAGE]*

Respectfully submitted this 16th day of December 2024.

THE KIRBY G. SMITH LAW FIRM, LLC

s/Jarrell Bogan
Jarrell Bogan
Georgia Bar No. 584018
Amanda Brookhuis
Georgia Bar No. 601396
4488 North Shallowford Road
Suite 105
Atlanta, Georgia 30338
Phone: 844-454-7529
Fax: 877-352-6253
jjb@kirbygsmith.com
amb@kirbygsmith.com
*Attorneys for Plaintiff*


Ogletree Deakins

*s*/Kady D'Amico
Kady D'Amico
Georgia Bar. No. 281016
One Ninety One Tower, 191 Peachtree Street, N.E.,
Suite 4800
Atlanta, Georgia 30303
Phone: 404-870-1839
kady.damico@ogletree.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed this Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all Parties.

This 16th day of December 2024.

                        THE KIRBY G. SMITH LAW FIRM, LLC

                        s/Jarrell Bogan
                        Jarrell Bogan
                        Georgia Bar No. 584018
                        *Attorney for Plaintiff*